**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DONNELLY JOSEPH LEBLANC,      :  No. 185 MM 2018
:
           Petitioner       :
:
:
:
           v.            :
:
:
DISTRICT ATTORNEY, LANCASTER  :
COUNTY,                     :
:
           Respondent    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 6th day of February, 2019, the Application for Leave to File Original Process is GRANTED, and the King's Bench/Extraordinary Writ is DENIED.